# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIA MCCASLIN,

    Plaintiff,

v.                                                                      CV No. 19-09 GBW/CG

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND CASE CAPTION

**THIS MATTER** is before the Court on Defendant's *Motion to Amend Case Caption*, (Doc. 5), filed January 10, 2019. Defendant, Allstate Indemnity Company, has been incorrectly named in this matter as Allstate Insurance Company, and moves to amend the case caption. The Court, having reviewed the Motion and noting it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Defendant's *Motion to Amend Case Caption*, (Doc. 5), is **GRANTED**, and the caption in this case shall be amended to reflect Defendant's correct name, Allstate Indemnity Company.

                                                              THE HONORABLE CARMEN E. GARZA
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE