IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA MCCASLIN,

    Plaintiff,

v.                                                                CV No. 19-09 GBW/CG

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER SETTING HEARING ON MOTION AND RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendant's *Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims*, (Doc. 14), filed March 6, 2019.

**IT IS HEREBY ORDERED** that the Court shall hear oral argument on the motion by telephone on **Tuesday, April 9, 2019, at 2:30 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS FURTHER ORDERED** that the Rule 16 initial scheduling conference is reset and will be held following the motion hearing.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE