IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA MCCASLIN,

    Plaintiff,

v.                                                        CV No. 19-09 GBW/CG

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## AMENDED ORDER SETTING HEARING ON MOTION AND INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. Counsel for Defendant has notified the Court they plan to attend the April 9, 2019, motion hearing and initial scheduling conference in person, instead of by telephone. Counsel for Plaintiff may attend in person or by telephone.

**IT IS THEREFORE ORDERED** that the hearing on Defendant's *Motion to Bifurcate and Stay Discovery and Proceedings as to Plaintiff's Extra-Contractual Claims*, (Doc. 14), and the Rule 16 initial scheduling conference, shall be held on **Tuesday, April 9, 2019, at 2:30 p.m. in the Organ Courtroom, United States District Courthouse, 100 N. Church St., Las Cruces, New Mexico**. Plaintiff's counsel may either attend in person or may call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE