# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIA MCCASLIN,

    Plaintiff,

v.                                                                               CV No. 19-09 GBW/CG

ALLSTATE INDEMNITY COMPANY,

    Defendant.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. This case has been remanded to state court pursuant to the *Order Granting Motion to Amend and Remanding Action to State Court*, (Doc. 46), entered June 27, 2019. **IT IS THEREFORE ORDERED** that the Telephonic Status Conference set for July 18, 2019 at 2:00 p.m., and the Settlement Conference set for August 1, 2019, at 9:00 a.m., are hereby **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE